1  SHEPPARD, MULLIN, RICHTER HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
3  JENNIFER G. REDMOND, Cal. Bar No. 144790
   jredmond@sheppardmullin.com
4  MORGAN P. FORSEY, Cal. Bar No. 241207
   mforsey@sheppardmullin.com
5  Four Embarcadero Center, 17th Floor
6  San Francisco, California  94111-4109
   Telephone:   415-434-9100
7  Facsimile:   415-434-3947

8  Attorneys for ELSEVIER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE RESSLER,<br><br>        Plaintiff,<br><br>v.<br><br>ELSEVIER INC., a New York corporation, and DOES 1 through 10, inclusive,<br><br>        Defendant. | Case No. 3:09-cv-03349<br><br>**STIPULATION** ~~AND [PROPOSED] ORDER~~ **TO CONTINUE OCTOBER 30, 2009 CASE MANAGEMENT CONFERENCE**; ORDER DENYING STIPULATION AS MOOT<br>[For immediate Attention: **Requesting Continuance of October 30, 2009 CMC**]<br><br>Honorable Maxine M. Chesney<br>United States District Judge |

## STIPULATION

WHEREAS THE PARTIES HAVE AGREED through their counsel that the Case Management Conference currently set for October 30, 2009 at 10:30 a.m. should be continued until the proposed date of December 4, 2009 (or such other date after December 4, 2009 as set by the Court, excepting December 11, 2009, the date of Plaintiff Michelle Ressler's deposition).  Lead trial counsel for Defendant

-1-

Elsevier Inc. ("Elsevier") Jennifer Redmond is unavailable on October 30, 2009 because she is scheduled to be in a two-week trial in Stanislaus County Superior Court starting on October 27, 2009, Stanislaus County Case No. 619908. Lead trial counsel for Elsevier is unavailable on November 20, 2009 because she is scheduled to take a deposition in another case in Modesto, California. Counsel for both parties met and conferred and determined that December 4, 2009 is the next available Friday that lead trial counsel for both parties are available.

IT IS HEREBY STIPULATED AND RESPECTFULLY REQUESTED THAT this Court continue the October 30, 2009 Case Management Conference until December 4, 2009 (or such other date as set by the Court, excepting December 11, 2009). The parties shall file their Joint Rule 26 Meeting Report and Case Management Conference Statement on October 23, 2009.

Respectfully submitted
Dated: October 21, 2009

KUMIN SOMMERS LLP

By _____
STEPHEN SOMMERS

Attorneys for Plaintiff
MICHELLE RESSLER

Respectfully submitted
Dated: October 21, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
JENNIFER G. REDMOND
MORGAN P. FORSEY

Attorneys for ELSEVIER INC.

# SIGNATURE ATTESTATION

As the attorney e-filing this document, I hereby attest that opposing counsel (Kumin Sommers LLP) has concurred in this filing.

Respectfully submitted:

DATED: October 23, 2006

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
JENNIFER G. REDMOND
MORGAN P. FORSEY

Attorneys for ELSEVIER INC.

## ORDER

~~In accordance with the above Stipulation of the parties which is incorporated herein by reference, and with good cause appearing therefor, the Court orders as follows:~~

~~IT IS HEREBY ORDERED THAT the Case Management Conference currently set for October 30, 2009 at 10:30 a.m. be continued to the date of _____ at _____.~~

In light of the parties' consent to reassignment of the above-titled action to a Magistrate Judge and the Court's order thereon, the above Stipulation is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: October 23, 2009

_____
Honorable Maxine M. Chesney
United States District Judge

\*\* END OF ORDER \*\*