**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Michelle Ressler,                                      No. C 09-3349 JL

        Plaintiff,

        v.                                          ORDER SETTING CASE MANAGEMENT
                                                       CONFERENCE

Elsevier, Inc, et al.,                                 [Reassigned Case]

        Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable James Larson  for trial

and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. Pro. 16(b) and

Civil L.R. 16-10, that a Case Management Conference shall be held in this case on

Wednesday, December 16, 2009, at 10:30 a.m. in Courtroom F, 15th Floor, U.S. District

Court 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through counsel and shall be prepared to

discuss all items referred to in Civil L.R. 16-10.  Pursuant to Civil Local Rule 16-9, the

parties shall file a joint case management statement and proposed order no later than ten

(10) days before the date of the conference.  If any party is proceeding without counsel,

separate statements may be filed by each party.

1    All documents filed with the Clerk of the Court shall list the civil case number

2 followed only by the initials "**JL**."  One copy shall be clearly marked as a <u>chambers</u> copy.

3    IT IS SO ORDERED.

4

5 DATED: October 27, 2009

6

7                                           James Larson
                                      United States Magistrate Judge

8

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28