SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JENNIFER G. REDMOND, Cal. Bar No. 144790
jredmond@sheppardmullin.com
MORGAN P. FORSEY, Cal. Bar No. 241207
mforsey@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Defendant
ELSEVIER INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE RESSLER,<br><br>    Plaintiff,<br><br>v.<br><br>ELSEVIER INC., a New York corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 3:09-cv-03349 JL<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR MEDIATION AND MEDIATION DEADLINE AND [PROPOSED] ORDER**<br><br>Courtroom F, 15th Floor<br>Judge: Hon. James Larson |

     Pursuant to Local Rules 6-2 and 7-12, Plaintiff Michelle Ressler ("Ressler") and Defendant Elsevier Inc. ("Elsevier"), respectfully request that the Court approve this stipulated request and grant a continuance of the mediation currently scheduled for April 14, 2010 to a date before June 21, 2010 to be mutually agreed upon by the parties, and an extension of the April 21, 2010 ADR deadline. The parties have stipulated a two-month extension of the mediation deadline until June 21, 2010.

     In compliance with Local Rule 6-2, the Ressler and Elsevier respectfully state:

-1-

W02-WEST:8HMH1\402569253.1
3:09-cv-03349 JL

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR MEDIATION AND MEDIATION DEADLINE

1. On December 2, 2009, Ressler's counsel notified Elsevier that Ressler was involved a slip and fall accident, severely injuring her spinal cord and causing her to be hospitalized. In order to accommodate Ressler's recovery, Elsevier agreed to continue the deposition of Ressler noticed for December 11, 2009, and all pending discovery response deadlines.

2. On December 3, 2009, Ressler and Elsevier stipulated to attempt resolution of this case via Mediation pursuant to the Northern District's Multi-Option Alternative Dispute Resolution ("ADR") Program.

3. On January 21, 2010, the Court entered an Order setting an ADR session deadline of 90 days from the date of the Order, or April 21, 2010.

4. Pursuant to ADR L.R. 6-4, the parties participated in a phone conference with court-appointed Mediator, Brad Seligman, Esq. During the phone conference, the parties agreed to participate in a mediation on April 14, 2010. This date was agreed upon to give Ressler adequate time to respond to Elsevier's written discovery and provide Elsevier sufficient time to take Ressler's deposition before the parties' mediation statements, which were due to the mediator on April 9, 2010.

5. During the phone conference with the mediator and in subsequent communications with Ressler's counsel, Elsevier stated its position that the deposition of Ressler needed to precede the mediation in order for meaningful negotiations to take place.

6. Elsevier re-noticed Ressler's deposition for March 15, 2010, but the deposition was taken off calendar when Ressler produced over 2,000 documents two businesses days before her deposition, (Elsevier did not have sufficient time to review the newly produced documents before the deposition).

7. The parties met and conferred, but were unable to find a mutually agreeable alternative date for Ressler's deposition before April 9, 2010, the date the mediation briefs are due.

8. The parties have met and conferred and determined that it is necessary to continue the mediation and extend the mediation deadline in order to allow Elsevier the

1 opportunity to take Ressler's deposition and give both parties time to analyze her testimony
2 and prepare for mediation.
3     9.    The parties agree that an extension of the mediation deadline until June 21,
4 2010, is appropriate.
5     10.    Should mediation prove unsuccessful, the parties agree that continuing the
6 mediation and extending the mediation deadline will not affect the scheduled trial date.
7     11.    In compliance with Local Rule 6-2, a Declaration of Elsevier's counsel is
8 attached in support of this Stipulated Request for Order Changing Time.
9     SO STIPULATED:
10
11 Dated: April 5, 2010

                          KUMIN SOMMERS LLP

                          By     /s/ Stephen A. Sommers
                                 STEPHEN A. SOMMERS
                                 JOSEPH CLAPP
                                 RORY QUINTANA

                               Attorneys for Plaintiff
                               MICHELLE RESSLER

Dated: April 2, 2010

                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                        By     /s/ Morgan P. Forsey
                              JENNIFER G. REDMOND
                              MORGAN P. FORSEY

                              Attorneys for Defendant
                              ELSEVIER INC.

## **ORDER**

Upon review of Joint Stipulation for Request of Continuance of the Mediation and the ADR Deadline, the Court hereby extends the parties deadline to

-3-

1 participate in ADR to June 21, 2010 and continues the April 14, 2010 mediation date to a
2 date before June 21, 2010 to be agreed upon by the parties.

4 Dated: April 6, 2010                      _____
                                             HON. JAMES LARSON
5                                            JUDGE OF THE DISTRICT COURT