SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
JENNIFER G. REDMOND, Cal. Bar No. 144790
jredmond@sheppardmullin.com
MORGAN P. FORSEY, Cal. Bar No. 241207
mforsey@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:   415-434-3947

Attorneys for Defendant
ELSEVIER INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE RESSLER,<br><br>            Plaintiff,<br><br>   v.<br><br>ELSEVIER INC., a New York corporation, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 3:09-cv-03349 JL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:  **May 12, 2010**<br>Time:  **10:30 a.m.**<br>Place:  **Courtroom F, 15th Floor**<br><br>Judge:  Hon. James Larson |

      Pursuant to Local Rules 6-2 and 7-12, Plaintiff Michelle Ressler ("Ressler") and Defendant Elsevier Inc. ("Elsevier") respectfully submit this stipulated request to continue the May 12, 2010 case management conference to Wednesday, June 16, 2010 at 10:30 a.m. This stipulation is based on the following facts:

      1.    On December 16, 2009, the Court set a post-mediation case management conference for May 12, 2010.

2. On April 6, 2010, the Court granted the Parties' request to continue mediation to a date before June 21, 2010.

3. The Parties are scheduled to mediate the case on June 1, 2010.

Accordingly, the Parties request and stipulate that the Court continue the May 12, 2010 case management conference to June 16, 2010 at 10:30 a.m.

SO STIPULATED:

Dated: May 6, 2010

        KUMIN SOMMERS LLP

        By *[signature]*
            STEPHEN A. SOMMERS
            JOSEPH CLAPP
            RORY QUINTANA

        Attorneys for Plaintiff
        MICHELLE RESSLER

Dated: May 6, 2010

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By _____
            JENNIFER G. REDMOND
            MORGAN P. FORSEY

        Attorneys for Defendant
        ELSEVIER INC.

-2-

1       2.    On April 6, 2010, the Court granted the Parties' request to continue mediation to a date before June 21, 2010.

      3.    The Parties are scheduled to mediate the case on June 1, 2010.

Accordingly, the Parties request and stipulate that the Court continue the May 12, 2010 case management conference to June 16, 2010 at 10:30 a.m.

SO STIPULATED:

Dated: May 6, 2010

          KUMIN SOMMERS LLP

          By   _____
                STEPHEN A. SOMMERS
                JOSEPH CLAPP
                RORY QUINTANA

          Attorneys for Plaintiff
          MICHELLE RESSLER

Dated: May 6, 2010

          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

          By   /s/ Morgan P. Forsey
                JENNIFER G. REDMOND
                MORGAN P. FORSEY

          Attorneys for Defendant
          ELSEVIER INC.

## ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

The case management conference in this action currently scheduled for May 12, 2010 at 10:30 a.m. is continued to June 16, 2010 at 10:30 a.m.

Dated: May 7, 2010

_____
HON. JAMES LARSON
JUDGE OF THE DISTRICT COURT