SHEPPARD, MULLIN, RICHTER HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JENNIFER G. REDMOND, Cal. Bar No. 144790
jredmond@sheppardmullin.com
MORGAN P. FORSEY, Cal. Bar No. 241207
mforsey@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947
Attorneys for ELSEVIER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE RESSLER,<br><br>        Plaintiff,<br><br>    v.<br><br>ELSEVIER INC., a New York corporation, and DOES 1 through 10, inclusive,<br><br>        Defendant. | Case No. 3:09-cv-03349 - JL<br><br>**DEFENDANT ELSEVIER INC.'S CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**<br><br>**SUBMITTED IN COMPLIANCE WITH CIVIL LOCAL RULE 16-9** |

On June 1, 2010, Plaintiff Michelle Ressler and Defendant Elsevier Inc. (the "Parties") participated in court ordered mediation at which time this matter was settled. Plaintiff will file a dismissal with prejudice upon completion of the settlement agreement. Whereas this matter has now settled, Defendant respectfully requests that the case management conference currently set for June 15, 2010 at 10:30 a.m. be taken off calendar.

Dated: June 9, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Morgan Forsey
JENNIFER G. REDMOND
MORGAN P. FORSEY

Attorneys for ELSEVIER INC.

## ORDER

Whereas the Parties in the above referenced matter report that this matter has been fully settled, it is hereby ordered that the Case Management Conference currently set for June 15, 2010 at 10:30 a.m. is adjourned and taken off calendar.

Dated: June 11, 2010

Hon. James Larson
United States District Court