SHEPPARD, MULLIN, RICHTER HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JENNIFER G. REDMOND, Cal. Bar No. 144790
jredmond@sheppardmullin.com
MORGAN P. FORSEY, Cal. Bar No. 241207
mforsey@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for ELSEVIER INC.

KUMIN SOMMERS LLP
STEPHEN A. SOMMERS, SBN 225742
JOSEPH CLAPP, SBN 99194
RORY QUINTANA, SBN 258747
870 Market Street, Ste. 1154
San Francisco, CA 94102
(415) 434-4500 (Tel.)
(415) 434-8453 (Fax)

Attorneys for MICHELLE RESSLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE RESSLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELSEVIER INC., a New York corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No. 3:09-cv-03349 JL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PURSUANT TO FRCP 41** |

　　　WHEREAS, on June 1, 2010, Plaintiff Michelle Ressler ("Plaintiff" or "Ressler") and Defendant Elsevier Inc. ("Defendant" or "Elsevier") (collectively, the "Parties") participated in court ordered mediation at which time they agreed to fully settle the instant action;

-1-

WHEREAS, the Parties subsequently entered into a settlement and executed a Settlement Agreement and Release of All Claims resolving all of Plaintiff's claims against Defendant, including all claims arising under the Fair Labor Standards Act of 1938 ("FLSA"), as amended 29 U.S.C. § 201, *et. seq.*, in exchange for valuable consideration;

NOW THEREFORE, the Parties hereby jointly and respectfully request that the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1), discontinue and dismiss with prejudice the above titled-action as to all parties, with each party bearing her or its own fees and costs, except as provided for in the Settlement Agreement and Release of All Claims entered into between the parties.

Dated: July 2, 2010

KUMIN SOMMERS LLP

By      /s/ Stephen Sommers (with permission)
                STEPHEN SOMMERS

Attorneys for MICHELLE RESSLER

Dated: July 2, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By              /s/ Morgan Forsey
                JENNIFER G. REDMOND
                MORGAN P. FORSEY

Attorneys for ELSEVIER INC.

# [~~PROPOSED~~] ORDER

Having been advised by the Parties that a Settlement Agreement and Release of All Claims was entered into, pursuant to which Ms. Ressler has agreed to release all claims, including all claims arising under the Fair Labor Standards Act of 1938 ("FLSA"), as amended 29 U.S.C. § 201, *et. seq.*, against Elsevier Inc. in exchange for valuable consideration, the matter of *Ressler v. Elsevier Inc., et. al.,* United States District Court, Northern District of California, Case No. 3:09-cv-03349 JL, is, by reason of the settlement, hereby dismissed with prejudice in its entirety as to all parties.

**IT IS SO ORDERED.**

Dated: July 12, 2010

_____
Hon. James Larson
United States District Court